UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DONTAE WILEY, JR.,

               Plaintiff,             Case No. 1:25-cv-184

v.                                   Honorable Ray Kent

ANNA BIRKELAND et al.,

               Defendants.
_____/

## ORDER FOR SERVICE

This is a prisoner civil rights action. The Court has conducted an initial review of the complaint pursuant to 28 U.S.C. §§ 1915(e) and 1915A and 42 U.S.C. § 1997e(c). Upon initial review, the Court concludes that the complaint is not subject to dismissal under those provisions. Therefore:

**IT IS ORDERED** that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendants Anna Birkeland, Donna Brown, and Eric Nelson in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

**IT IS FURTHER ORDERED** that the Defendants shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the Court, Defendants are not required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1). After Defendants

have filed an appearance, proceedings in this case will be governed by the Court's Standard Case

Management Order in a Prisoner Civil Rights Case.


Dated:   July 17, 2026                                    /s/ Ray Kent
                                                               Ray Kent
                                                               United States Magistrate Judge